UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
**11.** **JESSICA CRUTHERS,**
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

  Defendants.

---

## ORDER DENYING IN PART, AND RESERVING RULING IN PART, ON DEFENDANT CRUTHERS' MOTION FOR SANCTIONS

---

THIS MATTER comes before the Court on Defendant Cruthers' Motion for Sanctions **(#539)**. Having considered the motion and the response **(#557)**, the Court

**FINDS** and **CONCLUDES** that:

Ms. Cruthers contends that the Government has withdrawn a plea offer because she has pursued motions for witness information in this case. She contends that this amounts to vindictive

prosecution and asks the Court to impose one of the following sanctions: (1) require counsel for the Government, Mr. Rhodes and Mr. Pena, to be recused from this case; (2) dismiss all counts against her; or (3) limit any possible sentence to that which was offered during plea negotiations. The Government responds that no plea offer has been "on the table" since before she filed the motions.

**IT IS ORDERED** that the motion **(#539)** is **DENIED IN PART** and ruling is **RESERVED IN PART**.  Assuming the facts as contended by Ms Cruthers to be true, they do not justify the requested sanctions that counsel for the Government to be recused or for the dismissal of all counts against her.  As to those sanctions, the motion is denied.  In all other respects, the Court reserves ruling until after trial.

Dated this 5th day of April, 2006

          **BY THE COURT:**

*Marcia S. Krieger*
_____

          Marcia S. Krieger
          United States District Judge