UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
2.     ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.     JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.     JESSICA CRUTHERS,
12.     PAUL ROSE, JR.,
13.     DAVID ZAMORA,
14.     STEVE ZAMORA, and
15.     MILTON A. YON,

    Defendants.

## ORDER DIRECTING RESPONSE

THIS MATTER comes before the Court on Jessica Cruthers' Motion to Require Production of Witnesses at Trial or for Continuance **(#624)**.

**IT IS ORDERED** that the Government shall file a response to such motion on or before

June 1, 2006.

Dated this 19th day of May, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge