UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. **JESSICA CRUTHERS,**
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

      Defendants.

## ORDER DENYING MOTION TO ATTEND HEARINGS

THIS MATTER comes before the Court on Ms. Cruthers' Request to Attend Final Pretrial Conference and Fed. R. Evid. 702 Hearings Set for September 5 and 6, 2006 **(#893)**.

The motion identifies no legal authority to support Ms. Cruthers' request, and the Court is aware of none. The pretrial conference and Rule 702 hearing concern the trial of Mr. Hutchinson, who is being tried separately from all co-defendants. Any rulings made at the hearings will be binding only on Mr. Hutchinson, and will not affect Ms. Cruthers. Fed. R. Crim. P. 43 does not

require Ms. Cruthers' attendance at either hearing.

**IT IS THEREFORE ORDERED** that Ms. Cruthers' motion **(#893)** is **DENIED**.

Dated this 1st day of September, 2006

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge