UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
2.     ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.    JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.    **JESSICA CRUTHERS,**
12.    PAUL ROSE, JR.,
13.    DAVID ZAMORA,
14.    STEVE ZAMORA, and
15.    MILTON A. YON,

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#940) on October 17, 2006** by Defendant Jessica Cruthers. The Court construes this Notice as a motion to change her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.	A Change of Plea hearing is set for **November 3, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of October, 2006

                    **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge