## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: November 3, 2006
Court Reporter:  Paul Zuckerman

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Jaime Pena
                                             Gregory Rhodes

       Plaintiff,

v.

11. JESSICA CRUTHERS,                        Scott Jurdem

       Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**9:32 a.m.      Court in session.**

Defendant present in custody.

Defendant's counsel advises the Court defendant is not ready to proceed with the Plea Agreement at this time.

**ORDER:**   Hearing vacated.  If the hearing cannot be continued to later today, the parties will appear on **November 13, 2006 at 4:30 p.m.** in Courtroom 901A, 901 19th Street, Denver, Colorado to set this matter for trial.

**9:36  a.m.      Court in recess**
**11:23 a.m.      Court in session**

Hearing continued.

Defendant present in custody.

Defendant's counsel advises the Court defendant is ready to proceed with the Plea Agreement.

**EXHIBITS:**  Court's Exhibit 1 - Plea Agreement.
             Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Count (3) of the Second Superseding Indictment  was read to defendant.

Defendant is rearraigned.

**Defendant pleads guilty to Count 3 of the Second Superseding Indictment.**

Case 1:05-cr-00141-MSK   Document 952   Filed 11/03/06   USDC Colorado   Page 2 of 2

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Defendant sworn.

Court reviews the Plea Agreement with defendant.

Court advises defendant of the maximum penalties.

Court explains defendant's right to a trial by jury and other constitutional rights.

Oral motion by defendant Cruthers to be excused from attending the hearing to set the trial on November 13, 2006 at 4:00 p.m.

Oral motion by defendant Cruthers to withdraw Motion for Sanctions (**Doc. #539**).

Oral findings and conclusions of law are made of record and incorporated herein.

| | |
|---|---|
| **ORDER:** | Court's Exhibits 1 and 2 are received. |
| **ORDER:** | Defendant's plea is accepted and defendant is adjudged guilty of **Count 3 of the Second Superseding Indictment..** |
| **ORDER:** | Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. |
| **ORDER:** | Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department. |
| **ORDER:** | Sentencing hearing is set **March 19, 2007 at 10:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. |
| **ORDER:** | Motion to Dismiss First Superseding Indictment (**Doc. #948**) is **GRANTED.** The Court dismisses all prior indictments. |
| **ORDER:** | Defendant Cruthers' oral motion to be excused from attending the hearing to set trial on **November 13, 2006 at 4:00 p.m. is GRANTED.** |
| **ORDER:** | Defendant Cruthers' oral motion to withdraw Motion for Sanctions (**Doc. #539**) is **GRANTED.** Motion for Sanctions (**Doc. #539**) is deemed withdrawn. |
| **ORDER:** | Defendant is remanded to the custody of the United States Marshal through the sentencing hearing. |
| **12:01 a. m.** | **Court in recess.** |

**Total Time:   42 minutes**
**Hearing concluded.**