# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: March 19, 2007
Court Reporter: Paul Zuckerman
Probation Officer: Dee Clark

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Jaime Pena
                                          Gregory Rhodes

       Plaintiff,

v.

JESSICA CRUTHERS,                         Scott Jurdem

       Defendant.

## SENTENCING MINUTES

**10:29 a.m.    Court in session**.

Defendant present in custody.

**Defendant was found guilty of Count 20 of the Second Superseding Indictment by jury on June 30, 2006.**

**Change of Plea Hearing on November 3, 2006. Defendant pled guilty to Count 3 of the Second Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record, but will continue the sentencing hearing as stated. Counsel are offered the opportunity for further argument. No further argument made.

**ORDER:**    Government's Motion for Downward Departure **(Doc. #1199)** is **GRANTED.**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Sentencing hearing is continued to **May 7, 2007 at 9:15 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

The Court reserves judgment until the next sentencing hearing.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:22 a.m.     Court in recess.**

Total Time: 53 minutes.
Hearing continued.